# UNITED STATES DISTRICT COURT

for the

District of

Division _____

| | | |
|---|---|---|
| Consuelo Jordan (USDOJ Federal Employee) and U.S. Federal Pension (Need to Speak to the Attorney General William Barr for the USDOJ) | ) ) ) | Case: 1:20-cv-01820<br>Assigned To : Unassigned<br>Assign. Date : 7/3/2020<br>Description: Pro Se Gen. Civ. (F-DECK) |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Attorney General William Barr and the United States Department of Justice (Need to Speak to the Attorney General) for Federal Pension

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Consuelo Jordan (CSOSA MUST GIVE TO USDOJ) |
| Street Address | 2227 First Street, N.W.,      COMPLAINT) |
| City and County | Washington, D.C., |
| State and Zip Code | D.C., and 20001 |
| Telephone Number | (202) 674-5976 |
| E-mail Address | consueloiordan@comcast.net |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sheila Stokes (MS. JORDAN COMPLAINT WAS USE IN |
| Job or Title *(if known)* | Office of General Counsel DIVISION WITH USDOJ) |
| Street Address | 633 Indiana Avenue. N.W.. |
| City and County | Washington. |
| State and Zip Code | D.C. and 20004 |
| Telephone Number | (202) 220-5797 |
| E-mail Address *(if known)* | Sheila.Stokes@CSOSA.GOV |

Defendant No. 2

| | |
|---|---|
| Name | United States Department of Justice |
| Job or Title *(if known)* | Attorney General William Barr |
| Street Address | 950 Pennsylvania Avenue. N.W.. |
| City and County | Washington. |
| State and Zip Code | D.C.. 20030 |
| Telephone Number | (202) 514-20000 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

MS. JORDAN FILE SHE IS THE PLAINTIFF AND THE CASE WAS NOT GIVEN BACK TO THE USDOJ WITH HER PENSION AND OGC SHEILA STOKES AT CSOSA HAD MS. JORDAN FEDERAL CASE WITH COMPLAINT COPIED, WITHHELD, AND USE FEDERAL PENSION, FEDERAL PAY. MS. JORDAN FILE TO WILLIAM BARR THE ATTORNEY GERNERAL FOR PROSECUTION AND TO REPORT A SEAL WAS USE IN THE DIVISION. SHE FILE THAT SHE WAS INJURIED AND SHE DID NOT GET HER FEDERAL PENSION. SHE FILED TO SUE SHEILA STOKES FOR FEDERAL PENSION. MS. JORDAN FILE THE BASIS FOR JURISDICTION WAS TITLE VII. SHE ALSO FILE FOR FEDERAL RETIREMENT, DISABILITY, FEDERAL LEAVE AND ILLEGAL THREATS BECAUSE SHE WAS NOT PART OF A SEAL. SHE ALSO FILE THAT BOTH SISTER CAROLYN E. JORDAN WAS DUE A USDOJ FEDERAL PENSION.

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* Consuelo Jordan . is a citizen of the State of *(name)* District of Columbia .

b.      If the plaintiff is a corporation

The plaintiff, *(name)* George Pruden (OGC) 'Willaim Barr (AG) . is incorporated under the laws of the State of *(name)* District of Columbia .

and has its principal place of business in the State of *(name)*

District of Columbia .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant. *(name)* [                    ] . is a citizen of
        the State of *(name)* [                    ] . Or is a citizen of
        *(foreign nation)* [                ] .

    b.  If the defendant is a corporation

        The defendant. *(name)* [N/A                ] . is incorporated under
        the laws of the State of *(name)* [            ] . and has its
        principal place of business in the State of *(name)* [            ] .
        Or is incorporated under the laws of *(foreign nation)* [            ] .
        and has its principal place of business in *(name)* [            ] .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    Ms. Jordan the United States Department of Justice Federal Employee file for Federal Pension, Backpay, Retirement because she work in the unit. Ms. Jordan the Plaintiff also file the OGC Sheila Stokes at CSOSA copied her claim. A CSOSA Employer Seal was place on the property with the DC Officer Raymond Hawkins to stop her United States Federal Government Employee pay because she completed three degrees from the University of the District of Columbia. She also will be suing for 138 million -the amount the plaintiff claims the defendenat owes and/or federal retirement. She work for the United States Federal Agency for approximately 15 years in criminal justice and criminal justice department in the Federal Courts and the United States Department of Justice and completed criminal justice systerm clearances, federal fingerprints, and federal check. Ms. Jordan did not have criminal record.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ms. Jordan started from counts of 15 to have these individuals removed. She file they wanted her to yell out she can't breathe, the odors stink, the jobs was threatened by dc Cathy Lanier and deaths occurred with the United States Attorneys for DC. Ms. Consuelo Jordan the Federal Government Employee work for approximately 15 years with criminal justice system clearances done, credit check. She was threatened for having athletic background and Federal Law Enforcement with the United States Department of Justice and the Federal Courts. She also was threaten because she had no criminal history background and her complaint was copied in the OGC, Sheila Stokes Office at CSOSA. Ms. Jordan file charges against each DC Pretrial Services Agency employee in the unit Robin Gant, Demond Tiggs, and DC Officer Raymond Hawkins. She files that the DC. Pretrial Services Agency Employees plus the DC Officer were smoking marijuana and drugs threatening to switch her complaint; and the Federal government employee Ms. Consuelo Jordan file for a Permanent Restraining Order. She also went back into the Hospital for injuries with surgeries to have two more surgeries. Ms. Consuelo Jordan had showed her complaint at the United States Department of Justice and CSOSA. Ms. Consuelo Jordan the Federal Government employee was injured with jurisdiction, justification, and alternative employment with graduate school. Ms. Consuelo Jordan completed three degrees here in the United States Department of Justice for the District of Columbia and graduate school education. Ms. Consuelo Jordan file an Employment Action against each one. She file her EEOC was copied in the unit and she had file for disability act with injuries on her feet, eyes, and legs. She did not have Any criminal record. Ms. Consuelo Jordan made statements that the DC Pretrial Services Agency Employees Robin Gant, Demond Tigss, DC Officer Raymond Hawkins had forge a DC Seal to use Ms. Consuelo Jordan the United States Federal Government Employee, Federal Pension and the United States Department of Justice Federal Employment, Title, Federal job. She also included her Complaint was copied and used in department for Federal position. Ms. Jordan file to sue the Office of General Counsel Sheila Stokes. She discriminated with the University of the District of Columbia, she lied and had the dc pretrial services agency employees to use her Federal Government United States Department of Justice Federal pay and Federal Court pension. They forge a criminal seal and to switch it also to the United States Attorney's Office for dc, the Federal Pension Carolyn E. Jordan, and the deceased. Ms. Consuelo Jordan the Federal Employee sister and neither was involve with the DC Seal for the DC Metropolitan Police department. However, the Ms. Consuelo Jordan the Federal Employee made statements that the DC Metropolitan Police Department forge seals they did not have rights to be in the United States Government or Federal Agency with the United States Department of Justice and did not have Any Seals at this address. Ms. Consuelo Jordan filed law suit because she filed her EEO was copied with threats. They lied to use her 15 years of criminal justice system federal background, finger prints, and bank. Ms. Consuelo Jordan and Carolyn E. Jordan at the United States Department of Justice Federal Government, United States Attorney's Office for dc both file for no criminal record. The DC Pretrial Services Agency and CSOSA had criminal records in the unit. The DC Pretrial Services Agency staff had criminal seals with the employees to involve with seals and those being cover up and the OGC Sheila Stokes lied to use Ms. Consuelo Jordan Federal Department of Justice Criminal Justice Security background Investigation, 15 years, Finger Prints, Federal Jobs, and Banking Account and Complaint. Ms. Jordan was not under criminal records. Ms. Consuelo Jordan the Federal Government Employee made statements that the dc pretrial services agency employees stole specimens, sold specimens and supplies and they had difficulty for changing service to Federal. Ms. Consuelo Jordan and Carolyn E. Jordan they did not work for DC Government and they also work for the United States Federal Government Agency. Further Ms. Consuelo Jordan made statements that a DC MPD Seal was switch on the property and the seal, of course, was not hers because both Sisters Consuelo Jordan and Carolyn E. Jordan work at the United States Department of Justice. In other words they did not have Any Seals. Ms. Consuelo Jordan file for Permanent Restraining Order in the Unit. She file a Complaint to identify that dc pretrial services agency employees had copied it and use it in the unit. Ms. Jordan is counting now to have the males to get off the property. They want move. They want stay away. They were probationary staff DC Pretrial Services Agency employees Robin Gant, Demond Tiggs. They tried to claim a Professional Basketball. They was not and horrible smells blew from each male CSOSA employees, three males. They claim to be working here with Ms. Consuelo Jordan and the Carolyn E. Jordan and they was not. They did not have Office of Federal Operation and them to use too Sister Carolyn E. Jordan Federal Pension at the United States Attorney's Office. Ms. Jordan file for the seal to be remove and the males in the unit at CSOSA, to be sued under the seal (Three Males). She file the DC Officer Raymond Hawkins made threats to use her Federal Government Pension. She also file for them to be lock up placed in jail. She file for the DC MPD seal to be removed. Therefore she provided a life term sentence for them to complete and to receive because they threaten to use her receipts for several degrees, federal series, federal pension and retirement in the department. She also file the United States Federal Agency Employee Ms. Consuelo Jordan won her complaint she had no criminal seals and she reports her 15 years of top secret, criminal justice system

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Therefore, Ms. Jordan file to get a remedy of 138 million with United States Department of Justice Federal Pension job and the CSOSA Employer for gross conduct, Illegal Seal. She also have rights to sue each DC Officer Raymond Hawkins with the DC Metropolitan Police Department. She has rights to sue because the DC Officer Raymond Hawkins had threats use because Ms. Consuelo Jordan the Federal Law Enforcement Employee with the United States Federal Government Agency, United States Department of Justice and CSOSA had no criminal record. She file charges that the DC MPD Officers were sued for switching finger prints and to use the United States Federal Government Agency Prints, Top Secret Clearances and Job.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/30/2020

| | |
|---|---|
| Signature of Plaintiff | Consuelo Jordan |
| Printed Name of Plaintiff | Consuelo Jordan |

### B. For Attorneys

Date of signing: 06/30/2020

| | |
|---|---|
| Signature of Attorney | Karl W. Carter, Jr., |
| Printed Name of Attorney | Karl W. Carter, Jr., |
| Bar Number | Unknown |
| Name of Law Firm | Attorney of Law |
| Street Address | 1050 17th Street, N.W., |

| | |
|---|---|
| State and Zip Code | Washington, D.C., 20036 |
| Telephone Number | (202) 955-1010 |
| E-mail Address | None |

**Consuelo Jordan**

2227 First Street, N.W.,

Washington, D.C., 20001

(202) 674-5976

Thursday, June 25, 2020

United States District Court

For the District of Columbia

ATTN.: Clerk's Office

333 Constitution Avenue, N.W.,

Washington, D.C., 20001

Dear Clerk's Office:

Thank you for having this docket to go to the Attorney General William Barr and to bringing to my attention the inexcusable wait I and Carolyn E. Jordan endured in the United States Department of Justice and the Court Services and Offender Supervision Agency on June 24. I am sending this document again to the United States Department of Justice for prosecution.

Ms. Consuelo Jordan the Federal Government Employee file to the United States Department of Justice Attorney General William Barr and the United States District Court for dc for prosecution. She went to go to the Office of General Counsel Sheila Stokes to report her United States Government Federal Pension and her Standard Form 50 was fraudulent file with dc pretrial services agency employees to use it. Ms. Consuelo Jordan the Federal Government Employee file threats with the employees from dc pretrial services agency below because of threats to occur to stop her federal pay within. She also file that the DC Pretrial Services Agency Employment had her complaint rewritten by the dc employees. The DC Pretrial Services Agency employees did not have United States Government and/or Federal Pension, Office of Federal Operation. They threaten to stay at Ms. Consuelo Jordan and Carolyn E. Jordan address after a

United States Department of Justice Federal Pension was given with over 15 years of United States Department of Justice Federal Service. She also file a video tape with dc pretrial services agency employees fighting csosa and her for federal position with standard form 50. Ms. Consuelo Jordan the Federal Employee reports the dc pretrial services agency employees was on drugs and uses drugs. Ms. Consuelo Jordan the Federal Government Employee had inform CSOSA and the United States Department of Justice.

Ms. Consuelo has over 10 years of criminal justice security background investigation done, federal series, federal grade, and federal job. Ms. Jordan reports to sue the DC Metropolitan Police Department. She reports that the DC MPD Officer Raymond Hawkins forge a DC Seal. She reports they threaten to use a male seal with a record to stay at her address and lied to say she was in the seal so they can use the United States Department of Justice Federal Pension; however, Ms. Consuelo Jordan neither Carolyn E. Jordan was never involved with the seal or known to be involved with such seal and Ms. Jordan would like to have each officer and seal remove from her property immediately. Ms. Jordan would like to have each one DC Officer Raymond Hawkins to be sued, fired, arrested, and convicted with a long sentence to be place in jail for life term sentence and the officer Raymond Hawkins to stay in prison for many years. Ms. Jordan file the DC Officer Raymond Hawkins made threats to use her United States Department of Justice and the Courts complaint and to switch it around, sex crime, fraud.

Further Ms. Consuelo Jordan file a copy of her pleadings that was used in department with Sheila Stokes the Office of General Counsel. Ms. Consuelo Jordan sued because she work at the United States Department of Justice and United States Federal Government Investigations done. Ms. Consuelo Jordan and the Carolyn E. Jordan both work inside the unit with both hiring within and the United States Federal Government / The United States Department of Justice / Office of Federal Operation/ Civil Service.

Ms. Consuelo Jordan file Illegal Threats to occur with the DC Pretrial Services Agency employees to use her Federal government pension. Ms. Consuelo Jordan the United

States Department of Justice Federal Government Employee GS 7 to 12 file harassment with threats because of hiring within. Ms. Consuelo Jordan had two deaths at the United States Department of Justice and the United States Attorney's Office of Sister Carolyn E. Jordan and Mother Aretha Jordan. The DC Pretrial Services Agency employees did not have a complaint file in division they stole Ms. Consuelo Jordan the Federal Government Employee complaint and threaten to stay to stop federal pension on the property with sexual crime because she was in the United States Federal Government for approximately 15 years, over a decade and both was a relative with the United States Department of Justice.

They stole money from Ms. Consuelo Jordan accounts, banking, belongings, and vehicle. She file for physical threats and an assault to place each male / female in jail. She also file to arrests the male employees at CSOSA that use the complaint in the ICU. Ms. Consuelo Jordan also work in several units in the ICU. Ms. Consuelo Jordan the Federal Government employee filed an Permanent Restraining Order against the DC Metropolitan Police Department with the United States Department of Justice Federal Pension and the Courts. Ms. Jordan file charges against each DC Pretrial Services Agency employee in the unit Robin Gant, Demond Tiggs, and DC Officer Raymond Hawkins them smoking marijuana and drugs threatening to switch her complaint; and the Federal government employee Ms. Consuelo Jordan file for a Permanent Restraining Order. Ms. Consuelo Jordan the Federal Government employee was injured with jurisdiction, justification, and alternative employment with graduate school. Ms. Consuelo Jordan completed three degrees and graduate school education.

Ms. Consuelo Jordan file an Employment Action against each one. She file her EEOC was copied in the unit and she had file for disability act with injuries. She did not have Any criminal record. Ms. Consuelo Jordan sues because she work in the unit for the United States Department of Justice Federal Government and she does not uses drugs and she completed three degrees from the University of the District of Columbia at the United States Department of Justice. Ms. Consuelo Jordan the Federal Employee file there was threats inside of the CSOSA Employer with the DC Metropolitan Police Department.

-3-

Ms. Consuelo Jordan also file injuries with the DC Pretrial Services Agency employees at CSOSA. Ms. Jordan concluded she was not in the dc record with CSOSA, and she file to sue against each Officer Raymond Hawkins, Staff Robin Gant, Demond Tiggs to be convicted, sentenced, and fired for threats, illegal conduct, falsifying her name on an assault record and for using her complaint in the office. She had threats to eat bowel smells, the officers too constantly to follow. She went into the Hospital with injuries of high blood pressure, eye, and feet and to have surgeries. She also went back into the Hospital for injuries with surgeries to have two more surgeries.

Ms. Consuelo Jordan had showed her complaint at the United States Department of Justice and CSOSA. She file her Federal Series, Federal job was use out-side the Agency because she was hired with the United States Department of Justice and the Courts both Consuelo Jordan and Carolyn E. Jordan. However, Ms. Jordan file she have suffered emotional stress and injuries and felt under the circumstances to have the document sent. Ms. Jordan file for the Attorney General William Barr, and the United States Department of Justice. Nevertheless, CSOSA and the United States Department of Justice should not have ignored my request for the past two months. I have spoken to the United States District Court for dc. Ms. Consuelo Jordan reports that the DC Metropolitan Police Department did not remove the Seal from the DC MPD and use her complaint written. Ms. Consuelo Jordan also file that she both sister Carolyn E. Jordan work and live in the DC area with to have jobs at the United States Department of Justice employment. Also Ms. Consuelo Jordan pursued college and went to graduate school at the United States Department of Justice.

Ms. Consuelo had stated her 15 years with employment jurisdiction, justification, and alternative method of graduate school. Ms. Consuelo Jordan also file she completed 15 years of criminal justice security background investigation plus federal finger prints, federal credit check. She also file her three degrees was received with the United States Department of Justice and CSOSA, Standard Form 50 and she received threats because she had no criminal record, withheld pension. Ms. Jordan file for disability with the United States Department of Justice and to report her pension was withheld because she completed three degrees at UDC and she needed some sought of assistance with surgeries. She received health assistance with injuries and her feet, eye. She went

back into the hospital to received X-Rays... more for stroke levels. She also file to remove the DC Seal from property and to report Cathy Lanier, the Former Chief of Police to use her written complaint in Federal Office and place it over the internet she also file sexual harassment charges. Ms. Jordan will be suing MPD and the DC Officer Raymond Hawkins.

Ms. Jordan had file the DC Metropolitan Police Officers Raymond Hawkins that was referred with the two deaths of Mother Aretha Jordan and Sister Carolyn E. Jordan with United States Department of Justice was sent the summons with the United States District Court for dc. She also file the DC Seal was left on her property to eat foods, steal money from accounts and smells of toilet was use with them talking through a seal. Furthermore, Ms. Consuelo Jordan the Federal Government employee file that she was constantly harassed, injured with the DC Officer Raymond Hawkins to watch her, sex crime, injuries, death threats and bowel smells held to the face. They also threaten to use her complaint in the division because she completed three degrees from UDC in division at the United States Department of Justice. They threaten to stay at her address. Ms. Consuelo Jordan and Carolyn E. Jordan file the complaint was type over with her receipts. Ms. Jordan file the Seal was two males at CSOSA, she file Cathy Lanier made threats to use the same seal she Mrs. Lanier had use with the MPD Officers that was in the MPD Unit. But both sisters did not have anything to do with the seal. Further Ms. Consuelo Jordan was due a United States Department of Justice Federal Pension both of them Ms. Consuelo Jordan and Carolyn E. Jordan. Ms. Jordan was not under DC Superior Court; and she file charges against DC Metropolitan Police Department and DC Officer Raymond Hawkins. They made threats to use United States Government Federal Pension.

Ms. Jordan also file to the Ms. Kelly Cislo, Ward 5. Ms. Jordan was contacted by the DC Council Kelly Cislo to report the damages to the Attorney General William Barr where she work and to prosecute each dc pretrial services agency employee and dc officer because both sister Carolyn E. Jordan and her-self Consuelo Jordan work in the Federal government. (However, the DC Seal smelled like bowels and Cathy Lanier's Officers and Ms. Consuelo Jordan was harassed because she completed three degrees from UDC).

-5-

Ms. Consuelo Jordan and Carolyn E. Jordan had filed a Permanent Restraining order because they both work in the United States Federal Government Untied States Department of Justice and to report their complaint. Ms. Jordan file charges against the DC Pretrial Services Agency employees Robin Gant, Demond Tiggs, Raymond Hawkins to receive conviction because of them being probationary employees and was able to come downtown to use aggravated assaults with no Standard Form and them to not be part of employees in the United States Department of Justice and US Courts and Federal Government with Consuelo Jordan and Carolyn E. Jordan. Ms. Consuelo Jordan the Federal employee would like to collect a total of 138 million for gross conduct, gross smells, and to charge them. The DC Pretrial Services Agency employees Robin Gant, Demond Tiggs, Raymond Hawkins again did not have Standard Forms or OPM Standard positions. They were fighting about DC Seals they were involved with through the DC Metropolitan Police Department and made threats to switch it. Ms. Consuelo Jordan the Federal employee file to have each officer Raymond Hawkins, Staff Robin Gant, Demond Tiggs to be pick up immediately by FBI and sued for Employment Action. Ms. Jordan would like to have each one remove off her property. Ms. Consuelo Jordan the Federal Government Employee was a Federal Government employee, Federal Retirement Employee, and Official with the United States Department of Justice and she work inside the Courts with Federal pay she is due to have Federal Pension, Federal Retirement immediately. Ms. Jordan would like to have the seal remove and to prosecute immediately.

Therefore, Ms. Consuelo Jordan the Federal Employee file for each DC Officer Raymond Hawkins to receive an arrests, conviction, sentence and the other staff Robin Gant, Demond Tiggs to go straight to prison. Ms. Consuelo Jordan the Federal Government Employee file Lanier dc police officers had continue to use the federal series, federal criminal justice degrees she received, threats to stay. They switch a complaint to use a seal that was not Ms. Consuelo Jordan; and, Ms. Consuelo Jordan the Federal Employee file to have the Attorney General William Barr to sue because both Carolyn E. Jordan and Consuelo Jordan work for the United States Department of Justice for over a decade, both sister and her self and they never been a part of a crime scene or such violence.

<u>**Statement:**</u>

Ms. Consuelo Jordan made statements that the DC Pretrial Services Agency Employees Robin Gant, Demond Tigss, DC Officer Raymond Hawkins had forge a DC Seal to use Ms. Consuelo Jordan the United States Federal Government Employee, Federal Pension and the United States Department of Justice employment. They forge a criminal seal and to switch it also to the United States Attorney's Office for dc, the Federal Pension Carolyn E. Jordan, and the deceased. However, the Ms. Consuelo Jordan the Federal Employee made statements that the DC Metropolitan Police Department forge seals they did not have rights to be in the United States Government or Federal Agency with the United States Department of Justice and did not have Any Seals at this address. Ms. Consuelo Jordan and Carolyn E. Jordan at the United States Department of Justice Federal Government, United States Attorney's Office for dc both file for no criminal record. They did not work for DC Government. Further Ms. Consuelo Jordan made statements that a DC MPD Seal was switch on the property and the seal, of course, was not hers because both Sisters Consuelo Jordan and Carolyn E. Jordan work at the United States Department of Justice. In other words they did not have Any Seals. Ms. Consuelo Jordan file for Permanent Restraining Order in the Unit. She file a Complaint to identify that dc pretrial services agency employees had copied it and use it in the unit. They were probationary staff DC Pretrial Services Agency employees Robin Gant, Demond Tiggs. They did not have Office of Federal Operation and them to use too Sister Carolyn E. Jordan Federal Pension at the United States Attorney's Office. Ms. Jordan file for the seal to be remove and the males in the unit at CSOSA, to be sued under the seal (Three Males). She file the DC Officer Raymond Hawkins made threats to use her Federal Government Pension. She also file for them to be lock up placed in jail. She file for the DC MPD seal to be removed. She provided a life term sentence for them to complete and to receive because they threaten to use her receipts for several degrees, federal series, federal pension and retirement in the USDOJ department. Ms. Consuelo Jordan want to talk to the Attorney General William Barr for prosecution. Ms. Jordan want to have these males arrested plus DC Officer Raymond Hawkins, Staff DC Pretrial Services Agency Robin Gant, Demond Tiggs to be placed in jail for threats and to use a pension. I want to have a total of 138 million. Ms. Consuelo Jordan want the DC Pretrial Services Agency Employees staff Robin Gant, Demond Tiggs and Raymond Hawkins to be sentenced with aggravated assault counts for each

one to go to jail. Again I want a remedy. I also wants to sue for gross smells, illegal conduct to be place on my property.